IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JANICE HASS                                                               PLAINTIFF

v.        CASE NO. 4:14-cv-00443-SWW

CAVALRY SPV I, LLC                                                        DEFENDANT
A Delaware Corporation

## MOTION FOR DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Janice Hass, by and through her attorneys, and for her Motion to Dismiss with Prejudice states:

The parties have reached a settlement agreement in the above referenced action. As part of the settlement agreement, the Plaintiff now wishes to dismiss this action with prejudice.

WHEREFORE, Plaintiff prays that her motion be granted and that this action be dismissed with prejudice.

Respectfully submitted,

JANICE HASS

By _____
Anh-Thu Cecille Doan, AR Bar No. 2009246
CENTER FOR ARKANSAS LEGAL SERVICES
1300 W. 6th St.
Little Rock, AR 72201
Telephone: (501) 376-3423

____/s/ J.R. Andrews____
J.R. Andrews, AR Bar No. 92041
COOK LAW FIRM, P.A.
8114 Cantrell Rd, Ste 100
Little Rock, AR 72227
Telephone: (501) 255-1500

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served a copy of the foregoing document on this 26th day of August, 2014, the following Defendant's attorney by depositing in the United States Mail a copy of same with proper postage thereon.

Lori Withrow
ALLEN & WITHROW
P.O. Box 17428
Little Rock, AR 72222

_____
Cecille Doan