IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JANIS HASS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00443 SWW |
| CALVARY SPV I LLC | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

## ORDER of DISMISSAL

Before the Court is Plaintiff's motion seeking voluntary dismissal of this action, with prejudice. Defendant has not entered an appearance in this case, and Plaintiff reports that the parties have settled their dispute. Plaintiff's motion (ECF No. 2) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE